JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH RUIS,<br><br>　　　　Movant,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | No. CV 23-01739-PA (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

  Under 28 U.S.C. § 636, the Court has reviewed the Motion, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

  IT IS THEREFORE ORDERED that this action be transferred to the United States District Court for the Eastern District of Virginia.

Date:  July 21, 2023

              _____
               PERCY ANDERSON
               United States District Judge